**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:23-cv-24090-CMA

DOUG LONGHINI,

    Plaintiff,

v.

HAMMOCKS TOWN CENTER LLC, EL TRUINFO GROUP INC., d/b/a EL GRAN BAMBOO RESTAURANT, and MIWI, CUBAN & AMERICAN SANDWICH SHOP CORP., d/b/a MIWI CAFÉ,

    Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, ("Plaintiff"), and Defendant, MIWI, CUBAN & AMERICAN SANDWICH SHOP CORP. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 7, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/*Ian Illych Martinez* |
| ANTHONY J. PEREZ | LAN ILLYCH MARTINEZ, ESQ. |
| Florida Bar No. 535451 | Florida Bar No.: 596671 |
| GARCIA-MENOCAL & PEREZ, P.L. | BELLO & MARTINEZ, PLLC |
| 350 Sevilla Avenue, Suite 200 | 2850 Douglas Road Suite 303 |
| Coral Gables, Fl 33134 | Coral Gables, Florida 33134 |
| Telephone: (305) 553- 3464 | Tel: (305) 442-7970 |
| Email: ajperez@lawgmp.com | Email: imartinez@bmrlawgroup.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, MIWI* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 7, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By: __/s/ Anthony J. Perez__
ANTHONY J. PEREZ
Florida Bar No.: 535451