UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:23-cv-24090-CMA

DOUG LONGHINI,

    Plaintiff,

v.

HAMMOCKS TOWN CENTER LLC, EL TRUINFO GROUP INC., d/b/a EL GRAN BAMBOO RESTAURANT, and MIWI, CUBAN & AMERICAN SANDWICH SHOP CORP., d/b/a MIWI CAFÉ,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, HAMMOCKS TOWN CENTER LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this December 7, 2023.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff Denise Payne*

/s/ *Jonathan Brody*
JONATHAN E. BRODY
Florida Bar No.: 708194
BRODY & BRODY, P.A.
2850 North Andrews Avenue
Ft. Lauderdale, FL 33311
Telephone: 954-524-4684
Email: jbrody@brodylegal.com
*Counsel for Hammocks Town Center LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 7, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
　　　ANTHONY J. PEREZ